United States District Court
Southern District of Texas
**ENTERED**
August 26, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| JAMIE MORENO and OLGA MORENO, § § § <br> Plaintiffs. § § <br> VS. § § <br> ALLISON MEDICAL, INC., § § <br> Defendant. § | CIVIL ACTION NO. 3:20-cv-00300 |

## FINAL JUDGMENT

Pursuant to the court's order adopting Judge Edison's memorandum and recommendation, *see* Dkt. 63, the court enters **FINAL JUDGMENT** dismissing this action with prejudice. All relief not expressly granted is **DENIED**.

SIGNED on Galveston Island this 26th day of August 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE